FILED
CLERK

10:04 am, Mar 20, 2020

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

JAMES MURPHY, ON BEHALF OF HIMSELF AND
ALL OTHER PERSONS SIMILARLY SITUATED,

ECF CASE
No.: 2:19-cv-05602-GRB-SIL

                Plaintiffs,

**NOTICE OF SETTLEMENT**

v.

203 GRILL LLC

                Defendant.

-----------------------------------X

Now comes the Plaintiff JAMES MURPHY, on behalf of himself and all other persons similarly situated, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and state:

1. A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiffs have received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences.

Dated: Melville, New York
       March 19, 2020

Respectfully submitted,

THE LAW OFFICE OF DARRYN G. SOLOTOFF

<u>        /s/ Darryn G. Solotoff              </u>
Darryn G. Solotoff
25 Melville Park Road, Suite 108
Melville, New York 11747
Phone: 516.695-0052
ds@lawsolo.net
*Attorney for Plaintiff*

The Clerk of the Court is directed to mark this case closed.

SO ORDERED.
Dated: 3/20/2020
     ***/s/ GARY R. BROWN***
     Gary R. Brown, U.S.D.J.